UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>    Defendant. | Case No. 21-cv-05584-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL DECLARATION REGARDING IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 2 |

Pending before the Court is Plaintiff Mansoor Alowdi's motion for leave to proceed in forma pauperis. *See* Dkt. No. 2. In the motion, Plaintiff does not answer the applicable questions with sufficient detail to permit the Court to evaluate his ability to pay the filing fees under 28 U.S.C. § 1915. Plaintiff claims that he has not worked since 2018, but he is represented by counsel in this action, owns a home, and appears to borrow $2,800 a month from family members to pay for his expenses. *See id.* at 1–3. Without more detail, the Court cannot evaluate how Plaintiff can afford to hire counsel and pay for his monthly expenses, but not afford to pay the filing fee.

Accordingly, the Court **DIRECTS** Plaintiff to file a supplemental declaration in support of his motion to proceed in forma pauperis, addressing the issues identified above, by August 6, 2021. If Plaintiff fails to file the declaration, the Court will deny the motion.

**IT IS SO ORDERED.**

Dated: 7/22/2021

                                      HAYWOOD S. GILLIAM, JR.
                                      United States District Judge