STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4810
    Facsimile: (415) 744-0134
    Caspar.Chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:21-cv-05584-HSG<br><br>ORDER RE MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 21-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint is due to be filed by January 31, 2022. This is the Commissioner's first request for an extension of time.

Defendant makes this request in good faith and for good cause. The CAR has been prepared and counsel is reviewing the CAR for defensibility purposes. Counsel for the Commissioner believes that this brief extension will allow his client to properly consider this matter and would conserve judicial resources should the Parties be able to resolve this matter.

The undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including February 21, 2022.

Respectfully submitted,

Dated: January 25, 2022            STEPHANIE HINDS
                                   United States Attorney

                       By:   /s/ Caspar Chan
                             CASPAR CHAN
                             Special Assistant United States Attorney
                             Attorneys for Defendant


IT IS SO ORDERED:

THE HONORABLE HAYWOOD S. GILLIAM, JR
UNITED STATES DISTRICT JUDGE