Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, MANSOOR ALOWDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MANSOOR ALOWDI,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>Defendant | CIVIL NO. 4:21-cv-5584- HSG<br><br>**STIPULATION AND ORDER** EXTENDING TIME FOR PLAINTIFF's MOTION FOR SUMMARY JUDGMENT |
|---|---|

IT IS HEREBY STIPULATED, between Plaintiff MANSOOR ALOWDI and Defendant Commissioner of Social Security, through their respective counsel of record, that Plaintiff shall have an extension of time of twenty-one (21) days to file Plaintiff's Motion for Summary Judgment. The current due date is April 1, 2022. The new due date will be April 22, 2022. This is the first extension of time requested by Plaintiff and is necessary because Plaintiff's attorney is a solo practitioner who has a number of district court briefs due and an oral argument in the next two weeks. Plaintiff's counsel apologizes for the delay, and will file the Motion early, if possible.

Date: March 23, 2022

KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.

By: /s/ *Katherine Siegfried*
Katherine Siegfried

Attorney for the Plaintiff

Date: March 23, 2022

STEPHANIE HINDS
United States Attorney

By: /s/ *Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant
(As authorized per email)

**ORDER**

PURSUANT TO STIPULATION, PLAINTIFF'S REQUEST FOR ADDITIONAL TIME IS SO ORDERED.

Dated: 3/28/2022

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE