STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4810
    Facsimile: (415) 744-0134
    Caspar.Chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:21-cv-05584-HSG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of thirty days to file her response to Plaintiff's Motion for Summary Judgment (Dkt. No. 22) in this case.  In support of this request, the Commissioner respectfully states as follows:

This request is made in good faith and is not intended to delay the proceedings in this matter. Counsel for the Commissioner is consulting with his client about the defensibility of this matter. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

Counsel for Defendant has consulted with Plaintiff's counsel who advised that she has no objections.

WHEREFORE, Defendant requests until June 18, 2022, to file her response to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: May 19, 2022

STEPHANIE HINDS
United States Attorney

By:    */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: 5/20/2022

*[signature]*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE