STEPHANIE HINDS (CSBN 154284)
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN (CSBN 294804)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4810
     Facsimile: (415) 744-0134
     Caspar.Chan@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:21-cv-05584-HSG<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will conduct any necessary further proceedings; offer Plaintiff the opportunity for a new hearing; develop the record as necessary; consider all pertinent issues *de novo*, including but not limited to considering the medical opinions pursuant to 20 C.F.R. § 404.1520c, and reassessing the subjective statements; and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: June 9, 2022                              LAW OFFICE OF KATHERINE SIEGFRIED

By:     */s/ Caspar Chan for Katherine Siegfried\**
        KATHERINE SIEGFRIED
        *Authorized by email on June 9, 2022*
        Attorneys for Plaintiff

Dated: June 9, 2022                             STEPHANIE HINDS
                                                United States Attorney

By:     */s/ Caspar Chan*
        CASPAR CHAN
        Special Assistant United States Attorney
        Attorneys for Defendant

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED:   6/13/2022

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE