UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 21-cv-05584-HSG<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 25 |

On June 13, 2022, the Court granted the parties' stipulation for voluntary remand. Dkt. No. 25. Pursuant to the parties' agreement and Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. The Clerk is directed to remand the case to the Social Security Administration and to close the case.

**IT IS SO ORDERED.**

Dated: 6/13/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge