Katherine R. Siegfried, SBN 250558
Law Office of Katherine Siegfried
1939 Harrison St, Suite 120
Oakland, CA 94612
Ph: 510.465.0018 Fax: 510.217.3979
Email: kat@siegfriedlegal.com

Attorney for Plaintiff, MANSOOR ALOWDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOOR ALOWDI,<br><br>  Plaintiff,<br><br> v.<br><br> KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>  Defendant | CIVIL NO. 4:21-cv-5584- HSG<br><br>**STIPULATION AND ORDER** APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND EIGHT HUNDRED DOLLARS ($7,800). This amount represents compensation for all legal services rendered on behalf of Plaintiff by Plaintiff's counsel, Katherine R. Siegfried (Plaintiff's Attorney) in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).  After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's Attorney.  Pursuant to *Astrue v. Ratliff*, 560 US 586 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset. Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Katherine Siegfried, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to the Law Office of Katherine Siegfried.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Attorney, including the Law Office of Katherine Siegfried, may have relating to EAJA attorney fees and expenses in connection with this action. This award is without prejudice to the rights of Katherine Siegfried to seek attorney fees under 42 U.S.C. § 406, subject to the savings provisions of the EAJA.

Date: August 10, 2022                                KATHERINE SIEGFRIED

                                                     Law Office of Katherine Siegfried, Esq.

                                           By:       /s/ *Katherine Siegfried*
                                                     Katherine Siegfried
                                                     Attorney for the Plaintiff

Date: August 10, 2022                                STEPHANIE HINDS
                                                     United States Attorney


                                           By:       /s/ *Caspar Chan*
                                                     CASPAR CHAN
                                                     Special Assistant United States Attorney
                                                     Attorneys for Defendant
                                                     (As authorized per email)

## ORDER

PURSUANT TO STIPULATION, EQUAL ACCESS TO JUSTICE (EAJA) FEES ARE ORDERED IN THE AMOUNT OF $7,800.

Dated: 8/12/2022

*/s/ Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT JUDGE